IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PERRY HATCHER, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-161
 )
TOM DURDEN, JOHN ELY, LUKE )
MOSES, and JOHN/JANE DOE, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA


FILED U.S. DISTRICT COURT SAVANNAH DIV. 2018 NOV 19 AM 11:45 CLERK SO. DIST. OF GA.